Joy C. Rosenquist, Bar No. 214926
jrosenquist@littler.com
Nicholas W. McKinney, Bar No. 322792
nmckinney@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:   916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendant
SANTA FE WATER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GUTHRIE,<br><br>            Plaintiff,<br><br>     v.<br><br>SANTA FE WATER SYSTEMS, INC.; EDDIE NA, an individual; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-03562-CSK<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Trial Date:           January 25, 2027<br>Complaint Filed:   May 30, 2024 |

**ORDER**

Upon stipulation of the Parties and good cause appearing, the Court hereby orders as follows:

1. Fact Discovery shall be completed by 8/21/2026.
2. Designation of Expert Witnesses due by 9/18/2026.
3. Supplemental designation of Expert Witnesses due by 10/16/2026.
4. Expert Discovery shall be completed by 11/13/2026.
5. Dispositive Motions filed by 1/8/2027 and shall be noticed for hearing no later than 2/18/2027.
6. Final Pretrial Conference set for 6/3/2027 at 01:30 PM, via videoconference, before District Judge Daniel J. Calabretta.
7. Jury Trial set for 8/2/2027 at 08:30 AM in Courtroom 7 before District Judge Daniel J. Calabretta;

IT IS SO ORDERED.

Dated: September 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE