Mark P. Velez (SBN 163484)
Natalya Grunwald (SBN 265084)
THE VELEZ LAW FIRM, P.C.
2999 Douglas Blvd., Ste. 320
Roseville, California 95661
Telephone: (916) 774-2720
Facsimile: (916) 774-2730
E-mail: velezlaw@live.com

Attorneys for Plaintiffs
JASON GUTHRIE

Joy C. Rosenquist, Bar No. 214926
jrosenquist@littler.com
Nicholas W. McKinney, Bar No. 322792
nmckinney@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
SANTA FE WATER SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON GUTHRIE,<br><br>        Plaintiffs,<br><br>    v.<br><br>SANTA FE WATER SYSTEMS, INC.; EDDIE NA, an individual; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-03562-DJC-CSK<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS** |

JASON GUTHRIE ("Plaintiff") and SANTA FE WATER SYSTEMS, INC. and EDDIE NA

(collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

///

1
Case No. 2:24-cv-03562-CSK
JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS

WHEREAS, the Parties agreed to informally resolve the above-captioned matter as to claims against Defendants.

WHEREAS, the Parties seek dismissal of causes of action with prejudice as to Defendants to comply with such Agreement.

NOW THEREFORE, the Parties stipulate that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, claims against Parties be dismissed with prejudice. Each party shall bear his own respective attorneys' fees and costs and release any and all claims they may have against each other.

**IT IS SO STIPULATED.**

Dated: March 23, 2026                    THE VELEZ LAW FIRM, P.C.

                                         By:    */s/ Mark P. Verez (as authorized on 3/23/26)*
                                                MARK P. VELEZ
                                                NATALYA GRUNWALD
                                                Attorneys for Plaintiffs
                                                JASON GUTHRIE

Dated: March 23, 2026                    LITTLER MENDELSON, P.C.

                                         By:    */s/ Joy C. Rosenquist*
                                                JOY C. ROSENQUIST
                                                NICHOLAS W. MCKINNEY
                                                Attorneys for Defendant
                                                SANTA FE WATER SYSTEMS, INC.

JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS

**ORDER**

Pursuant to stipulation of the Parties, and for good cause shown, the Complaint as asserted against Defendants SANTA FE WATER SYSTEMS, INC. and EDDIE NA shall be dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated:  March 23, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE